■ In the Matter of ERIC C. WEHR et al., Doing Business as MICRO INSTRUMENT, Petitioners, against HARRY B. CROWLEY et al., Constituting the Board of Zoning Appeals of the City of Rochester, Respondents, and

FLOWER CITY BUILDERS SUPPLY CORP., Intervenor-Respondent.— Motion granted and appeals dismissed.